Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>                          Plaintiff(s),<br>   v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>                          Defendant(s). | NO.  3:21-cv-05227-JHC<br><br>STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>Monday, August 1, 2022 |

### JOINT STIPULATION

Defendants Sequim School District ("the District"), Dr. Robert Clark ("Defendant Clark") and plaintiff Hanna McAndie ("Plaintiff"), through their undersigned attorneys, stipulate and agree that the deadline for the completion of discovery be extended from November 28, 2022 to December 16, 2022.  Plaintiff requested, and Defendants agreed to, this extension of time due to the fact that the parties have scheduled mediation for November 3, 2022, counsel for Plaintiff has a trial beginning on November 15, 2022, and scheduling challenges associated with completing the remaining depositions and discovery prior to the current deadline.

STIPULATED MOTION FOR EXTENSION OF DISCOVERY
DEADLINE - 1
05769-1402-A  5823391
NO.  3:21-cv-05227

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**SO STIPULATED.**

**Dated this 1st day of August, 2022.**

        PREG O'DONNELL & GILLETT, PLLC

        By /s/Emma Gillesipe
         Emma Gillespie, WSBA #33255
         901 5th Avenue, Ste. 3400
         Seattle, WA 98164
         Telephone: (206) 287-1775
         Fax: (206) 287-9113
         Email: egillespie@pregodonnell.com
        Attorneys for Defendants Sequim School District

        PREG O'DONNELL & GILLETT PLLC

        By s/Kelsey Norman
         Kelsey Norman, WSBA #50325
         Preg O'Donnell & Gillett PLLC
         901 Fifth Avenue, Suite 3400
         Seattle, Washington 98164
         Telephone: (206) 287-1775
         Fax: (206) 287-9113
         Email: knorman@pregodonnell.com
        Attorneys for Defendants Sequim School District

**SO STIPULATED.**

**Dated this 1st day of August, 2022.**

        MCGAVICK GRAVES, P.S.

        By /s/Lori Bemis
         Lori M. Bemis, Esq., WSBA #32921
         McGavick Graves, P.S.
         1102 Broadway, Suite 500
         Tacoma, WA 98402-3534
         Phone: (253) 627-1181
         Email: lmb@mcgavick.com
        Attorney for Defendant Robert Clark

STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE - 2
05769-1402-A  5823391
NO. 3:21-cv-05227

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**SO STIPULATED.**

**Dated this 1st day of August, 2022.**

           GALLAGHER LAW OFFICE P.S.

           By  /s/Daniel Gallagher
            Daniel C. Gallagher, WSBA #21940
            Gallagher Law Office P.S.
            10611 Battle Point Drive NE
            Bainbridge Island, WA 98110
            Phone: (206) 855-9310
            Email: dan@nwprolaw.com
           Attorney for Plaintiff

STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE - 3
05769-1402-A  5823391
NO.  3:21-cv-05227

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## ORDER

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2022.

_____
Hon. John H. Chun
United States District Judge

STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE - 4
05769-1402-A  5823391
NO.  3:21-cv-05227

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby certify that on this 1st day of August, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiff**:
Daniel C. Gallagher
Gallagher Law Office P.S.
dan@nwprolaw.com

**Counsel for Defendant Robert Clark**:
Lori M. Bemis, Esq.
McGavick Graves, P.S.
lmb@mcgavick.com

DATED at Seattle, Washington, this 1st day of August, 2022.

　　　　　　　　　　　　*/s/Jeanne Perrin*
Jeanne A. Perrin
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Telephone: (206) 287-1775
Fax: (206) 287-9113
Email: jperrin@pregodonnell.com

STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE - 5
05769-1402-A  5823391
NO.  3:21-cv-05227

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113