UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE, | CASE NO. 3:21-cv-05227-JHC |
| Plaintiff, | ORDER |
| v. | |
| SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint. Dkt. # 43. The Court has reviewed the materials submitted in support of and in opposition to the motion, and the case file. Being fully advised, the Court GRANTS the motion.

Dated this 19th day of September, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1