1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HANNA J. McANDIE,

                Plaintiff,

     v.

SEQUIM SCHOOL DISTRICT, ROBERT
CLARK, and his marital community,

                Defendants.

CASE NO. 3:21-cv-05227-JHC

ORDER

This matter comes before the Court on Defendant Clark's Motion for Partial Summary Judgment on Plaintiff's Claims of Negligent Hiring, Retention, and Supervision. Dkt. # 65. But the amended complaint does not appear to assert such claims against Defendant Clark. Dkt. # 61. And since the filing of the motion, Plaintiff has represented on the record that she is not asserting such claims against Defendant Clark. Dkts. ## 73, 75. Yet Defendant Clark continues to ask the Court to dismiss the claims, which do not exist. Curious, indeed. The Court STRIKES the motion as moot.

Dated this 5th day of December, 2022.

John H. Chun
United States District Judge

ORDER - 2