Honorable John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>         Plaintiff(s),<br><br> v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>         Defendant(s). | NO.  3:21-cv-05227-JHC<br><br>ORDER TO RENOTE THE DEPOSITION OF IAN MCANDIE |

  THIS MATTER having come before the above-entitled Court on the Parties' stipulation to renote the deposition of Ian McAndie and the having considered the files and records herein, including the following pleadings:

  1. Stipulation to Renote the Deposition of Ian McAndie;

  2. _____; and

  3. _____;

and the Court being otherwise fully advised in the premises, now, therefore, it is hereby:

  ORDERED that the Stipulated Motion to Renote the Deposition of Ian McAndie is GRANTED.

ORDER TO RENOTE THE DEPOSITION OF IAN MCANDIE - 1
05769-1402-A Proposed Order Granting Stipulated Motion to ReNote Deposition
NO.  3:21-cv-05227-JHC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 21st day of December, 2022.

_____
Honorable John H. Chun
United States District Court Judge

Presented by:

GALLAGHER LAW OFFICE P.S.

/s/Daniel Gallagher
Daniel C. Gallagher, WSBA # 21940
Gallagher Law Office P.S.
10611 Battle Point Drive NE
(206) 855-9310
dan@nwprolaw.com
Counsel for Plaintiff

PREG O'DONNELL & GILLETT

/s/Emma Gillespie
Emma D. Gillespie, WSBA #33255
Kelsey Norman, WSBA #50325
Sarah Beth Jones, Alaska #1911110
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
(206) 287-1775
egillespie@pregodonnell.com
knorman@pregodonnell.com
sbjones@pregodonnell.com
Counsel for Defendant Sequim School District

MCGAVICK GRAVES, P.S.

/s/Loris Bemis
Lori M. Bemis, WSBA # 32921

ORDER TO RENOTE THE DEPOSITION OF
IAN MCANDIE - 2
05769-1402-A  Proposed Order Granting Stipulated
Motion to ReNote Deposition
NO.  3:21-cv-05227-JHC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  1102 Broadway, Suite 500
   Tacoma, WA 98402
2  Phone: (253) 627-1181
   Email: lmb@mcgavick.com
3  Counsel for Defendant Robert Clark

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER TO RENOTE THE DEPOSITION OF
IAN MCANDIE - 3
05769-1402-A  Proposed Order Granting Stipulated
Motion to ReNote Deposition
NO.  3:21-cv-05227-JHC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113