UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HANNA J. McANDIE,

                Plaintiff,

v.

SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,

                Defendants.

NO. 3:21-cv-05227-JHC

ORDER

This matter comes before the Court on for consideration before the Court on Plaintiff's Motion for FRCP 11 Sanctions. Dkt. # 84. The Court has reviewed the materials submitted in support of, and in opposition to, the motion, as well as the rest of the case file. Being fully advised, the Court DENIES the motion.

DATED THIS 13th day of January 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
No. 3:21-cv-05227-JHC