1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HANNA J. McANDIE, | CASE NO. 3:21-cv-05227-JHC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community, | |
| Defendants. | |

THIS MATTER comes before the Court on Defendant Sequim School District's Motion to Strike Plaintiff's Expert Witness Lauren Brown and Untimely Discovery Request. Dkt. # 86. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file. Being fully advised, the Court rules as follows:

1. The Court GRANTS the motion in part and DENIES it in part. The Court DENIES the motion to exclude Dr. Lauren Brown. The Court ORDERS that Plaintiff make Dr. Brown available for a deposition by no later than January 31, 2023.

2. The Court STRIKES Plaintiff's Fourth Set of Requests for Production.

3. The Court DENIES Plaintiff's request for sanctions.

ORDER - 1

4. Finally, the Court GRANTS Defendant's Motion to Seal Exhibits to the Declaration of Emma O. Gillespie in Support of Defendant's Motion to Strike Plaintiff's Expert Witness Lauren Brown.  Dkt. # 97.

Dated this 17th day of January, 2023.

*John H. Chun* (signature)
John H. Chun
United States District Judge

ORDER - 2