Judge Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>         Plaintiff(s),<br><br>v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>         Defendant(s). | NO. 3:21-cv-05227-JHC<br><br>DECLARATION OF ERIN FOX IN SUPPORT OF DEFENDANT SEQUIM SCHOOL DISTRICT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Erin Fox, certify and declare under the penalty of perjury of the laws of the State of Washington that the following is true and accurate to the best of my knowledge and belief:

1. I am over the age of eighteen and competent to testify to all matters contained herein.
2. I am a High School Principal at Sequim School District. I have held my current position since 2022. Before that I was employed by the District as the high school Assistant Principal and high school Counselor.

DECLARATION OF ERIN FOX IN SUPPORT OF DEFENDANT SEQUIM SCHOOL DISTRICT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1
05769-1402-A
NO. 3:21-cv-05227-JHC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

3. To my knowledge, Shenna Younger has not been an employee of SSD.

4. To my knowledge, Matt Piersoll has not been an employee of SSD.

5. Only thing I had to do with that. When Kaylee re enrolled was told to tell Diana Piersoll and Eric Wicker to not have contact with Kaylee. I saw Matt Piersoll's post on social media, like many other posts from parents in the District that I see on social media.

6. In regard to Ms. Younger's complaints about the high school gym teacher, during COVID, the school had live sessions for class. Students were asked to turn on webcams so instructors could make sure they were participating. All students were instructed to do exercises, not just female students.

7. Ms. Younger filed a complaint with OSPI about the gym teacher. Several students were interviewed, including specific students and the entire class. The District HR Representative fully investigated and asked whether they felt comfortable in class, whether the teacher touched them. A few students had feelings of discomfort but there was no evidence of wrongdoing.

8. Shawn Langston had poker games at his house. Shawn told me that I could come if I wanted. I didn't want to attend, but was not excluded from doing so.

9. I first applied for assistant principal position in approximately 2017. At that time, another female with more experience than me was hired as an Assistant principal. Shawn explained to me that she was selected because she had more experience, and told me what I could do to get the job should it open in the future. I did those things, and obtained the job the next time it opened. I did not feel as though I was discriminated against.

10. Shawn Langston was my supervisor for approximately 7 years. At no time did I feel I was treated differently because I was a woman. I worked with Shawn and Vince for several years. Vince was incredibly helpful to me in my journey to become an

DECLARATION OF ERIN FOX IN SUPPORT OF DEFENDANT SEQUIM SCHOOL DISTRICT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT- 2
05769-1402-A
NO. 3:21-cv-05227-JHC

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

administrator and served as a mentor. He offered support to me in various ways and I have never felt intimidated by Vince at all.

11. The Six Pack is something that everyone became aware of within the district. Shawn Langstonis Kim Glasser's brother. They all live very close to each other and spent significant amounts of time together outside of school. Two of the individuals in the group are siblings and their connection was not anything that ever concerned me. They traveled together and hung out together and this makes sense because they are family and close friends.

12. There several married couples employed by the school district. There only so many districts on the peninsula. I imagine lots of couples work together for convenience and because they live in a small town.

DATED this 20th day of January, 2023.

By _____
Erin Fox

DECLARATION OF ERIN FOX IN SUPPORT OF
DEFENDANT SEQUIM SCHOOL DISTRICT'S REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT- 3
05769-1402-A
NO. 3:21-cv-05227-JHC

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113