UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>                              Plaintiff(s),<br><br>       v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>                              Defendant(s). | NO.  3:21-cv-05227-JHC<br><br>ORDER GRANTING SEQUIM SCHOOL DISTRICT'S MOTION TO SEAL EXHIBIT |

     Before the Court is Defendant Sequin School District's (SSD) motion to seal an exhibit to the Gillespie Declaration in support of Defendants' responses to Plaintiff's motions in limine. Dkt. # 147.  Having reviewed the motion, and pursuant to applicable case law and court rules, the Court GRANTS the motion.

     DATED this 28th day of February, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING SEQUIM SCHOOL
DISTRICT'S MOTION TO SEAL EXHIBIT- 1