UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>　　　　　　Defendant(s). | ORDER ON SSD'S MOTIONS *IN LIMINE* |

This matter comes before the Court on Defendant Sequim School District's (SSD) Motions *in Limine* (MILs). Dkt. 140. The Court has considered the materials submitted in support of, and in opposition to, the MILs, as well as the balance of the case file and the applicable law. Regarding the MILs, replies are not allowed, LCR 7(d)(4), and thus the MILs are now fully briefed. Being fully advised, the Court rules as follows:

**A. Limit the testimony of witness Jennifer Maughan**

**RESERVED.**

**B. Excluding Other Lawsuits and Claims**

ORDER ON SSD'S MOTIONS *IN LIMINE* - 1
NO.  3:21-cv-05227-JHC

RESERVED.

**C. Limit the Testimony of Dr. Laura Brown.**

RESERVED.

**D. Preclude Plaintiff from Attributing Stray Remarks and Statements to Defendant**

RESERVED.

**E. Preclude References to Social Media Posts of Non-Employees**

RESERVED.

**F. Exclude References to Text Exchanges Between Shenna Younger and Jim Stoffer**

RESERVED.

**G. Exclude References to Sexual Abuse of Ian McAndie**

GRANTED.

**H. Excluding Testifying Witnesses from the Courtroom Prior to Their Testimony.**

GRANTED.

**I. Exclude all Hearsay Evidence**

GRANTED with respect to otherwise inadmissible evidence.

**J. Inform the Witnesses about Court's Ruling and Orders in Limine**

GRANTED.

DATED this 2nd day of March, 2023.

_____
JOHN H. CHUN
U.S. District Court Judge

ORDER ON SSD'S MOTIONS *IN LIMINE* - 2
NO.  3:21-cv-05227-JHC