UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANNA J. McANDIE,

    Plaintiff,

v.

SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,

    Defendants.

NO. 3:21-cv-05227-JHC

ORDER RE: DEFENDANT ROBERT CLARK'S MOTIONS IN LIMINE

This matter comes before the Court on Defendant Robert Clark's Motions in Limine (MILs). Dkt. 139. The Court has considered the materials submitted in support of, and in opposition to, the MILs, as well as the balance of the case file and the applicable law. Regarding the MILs, replies are not allowed, LCR 7(d)(4), and thus the MILs are now fully briefed. Being fully advised, the Court rules as follows:

    1.    "All fact witnesses are excluded from the Courtroom during trial until excused and not subject to recall."

          GRANTED.

    2.    "All expert witnesses are permitted to attend all proceedings during trial."

          RESERVED.

    3.    "Any evidence of misconduct to which Ms. McAndie was not subject to and/or did

not observe and predating Clark's hire date of July 2019 is excluded."

RESERVED.

4. "Any testimony regarding Charles Smith shall be excluded."

STRICKEN as moot with respect to the "Charles Smith incident. Otherwise, RESERVED.

5. "Sheena Younger is excluded from testifying at trial."

STRICKEN as moot.

6. "Molly McAleer is excluded from testifying at trial."

STRICKEN as moot.

7. "Kaye Richardson is excluded from testifying at trial."

STRICKEN as moot.

8. "Any testimony regarding incidents occurring at SSD prior to Clark's hiring in July 2019 shall be excluded."

RESERVED.

9. "Any testimony regarding the "Six-Pack" or the "Six Pack's" influence over Clark shall be excluded."

RESERVED.

DATED THIS 2nd day of March 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE