UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANNA J. McANDIE, | CASE NO. 3:21-cv-05227-JHC |
| Plaintiff, | ORDER |
| v. | |
| SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community, | |
| Defendants. | |

On March 3, 2023, the Court issued an order (1) granting in part and denying in part Defendant Sequim School District's motion for summary judgment, and (2) granting in part, denying in part, and denying without prejudice in part Defendant Robert Clark's motion for summary judgment. *See* Dkt. # 156. Therein, the Court ordered Plaintiff and Clark to show cause as to whether the Court should also dismiss Plaintiff's claim for disparate treatment sex discrimination under WLAD against Clark. *Id.* at 2. Plaintiff "does not oppose dismissal of this claim." Dkt. # 161 at 1. The Court therefore DISMISSES WITH PREJUDICE Plaintiff's WLAD disparate treatment sex discrimination claim against Clark.

ORDER - 1

Dated this 10th day of March, 2023.

John H. Chun
United States District Judge

ORDER - 2