1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUIM SCHOOL DISTRICT, ROBERT CLARK, and his marital community,<br><br>    Defendants. | CASE NO. 3:21-cv-05227-JHC<br><br>ORDER RE: DEFENDANT CLARK'S MOTION TO DISMISS |

   Before the Court is Defendant Robert Clark's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1).  Dkt. # 166.  The Court has considered the motion, Plaintiff Hanna J. McAndie's brief in opposition, Dkt. # 167, and the applicable law.  Being fully advised, the Court DENIES the motion.  The Court plans to explain the basis for this ruling at today's hearing.

   Dated this 14th day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER RE: DEFENDANT CLARK'S MOTION TO DISMISS - 1