Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNA J. McANDIE,<br><br>                              Plaintiff,<br><br>vs.<br><br>ROBERT CLARK,<br><br><br>                              Defendant. | No. 3:21-cv-05227-JHC<br><br>PRETRIAL ORDER<br><br>TRIAL DATE:<br>MARCH 27, 2023 |

## I.     INTRODUCTION

As of the date of the pretrial conference, the sole remaining defendant is Robert Clark, in his individual capacity. With McAndie filing the notice of settlement, Clark clarifies that it intends to offer the same witnesses, experts, and exhibits in its defense as have been identified by Defendant Sequim School District (SSD).

## II.     JURISDICTION

The parties dispute that jurisdiction is proper with this Court.

## II.     CLAIMS AND DEFENSES

**A.     Plaintiff's Claims**

Plaintiff brings the following claims against Defendant Robert Clark:

1.   Sexual harassment/discrimination under RCW 49.60.180(3), specifically, hostile work environment.

2.   Retaliation under RCW 49.60.210(1) related to Defendant Clark's investigations into an allegation of an affair between Plaintiff and prior Superintendent Gary Neal.

**B.   Defendant Clark's Defenses:**

1.   Plaintiff has failed to state a claim for which relief can be granted.

2.   Damages, if any, sustained by the Plaintiff were proximately caused by persons other than Clark and Clark has no legal liability, either direct or vicarious.

3.   Damages, if any, sustained by Plaintiff were not the result of the action by Clark and must be segregated from those sustained as a result of intentional or unlawful conduct by others.

4.   Plaintiff has failed to mitigate damages.

5.   Damages, in whole or in part, are due to conditions that preexisted or are unrelated to the claims alleged against Clark in Plaintiff's Complaint.

6.   Plaintiff's Complaint, and each of its causes of action, is barred, because Clark's actions with respect to Plaintiff were take solely for legitimate, non-discriminatory, non-retaliatory, and non-pretextual reasons unrelated to any alleged protected activity by Plaintiff or any alleged discrimination, harassment or retaliation.

7.   Pursuant to the laws of the State of Washington, including RCW 4.22.070, Clark is entitled to an allocation of fault under the determination of proportionate share of entities/individuals causing damages if recovery is sought.

8.   There is no causation between the acts alleged against Clark and the damages claimed to have been sustained by Plaintiff.

## III.     ADMITTED FACTS

The following facts are admitted by the parties:

1.  Defendant SSD employed Plaintiff starting in October 2017 as a part-time substitute para educator. She became a permanent special education para in November 2017.

2.  Plaintiff married Ian McAndie in 2018.

3.  During the time period relevant to this case, Plaintiff was working full-time with SSD, most recently as a Student Support Specialist.

4.  On May 9, 2019, Plaintiff filed an incident report alleging middle school principal, Vince Riccobene, was belligerent and intimidating to her and mocked/belittled a special education student in a discriminatory manner during a community truancy board meeting.

5.  The District retained a third-party investigator who concluded that Mr. Riccobene engaged in the alleged behavior.

6.  Superintendent Gary Neal resigned and Defendant Clark became superintendent in July 2019.

7.  After Neal resigned and Defendant Clark became the new superintendent, Clark became aware of an allegation that Plaintiff and Neal were having an affair when Neal was the Superintendent.

8.  Defendant Clark investigated the allegation.

9.  As part of that investigation, Defendant Clark approached Plaintiff's father-in-law, John McAndie, who worked as the Director of Maintenance for SSD, and asked him about the allegation.

10. John McAndie told Defendant Clark that he had no knowledge of such a relationship.

11. The conversation took place in John McAndie's office.

12. On October 9, 2020, Plaintiff reported to the District that she experienced sexual harassment and discrimination as a result of Defendant Clark's actions.

13. Plaintiff started working remotely in June 2020, until she took leave around February 2021.

14. After the District began an investigation based on Plaintiff's complaints of sexual harassment and discrimination, Defendant Clark resigned.

15. The District concluded that Defendant Clark "used poor judgment in the way he approached the situation, causing embarrassment and discomfort."

16. Plaintiff's husband filed for divorce in December 2021.

### III.    ISSUES OF LAW

1.    Was Plaintiff subjected to unwelcome verbal and physical conduct that was sufficiently severe or pervasive to alter conditions of employment and create a subjective and objective abusive work environment because of sex?

2.    Did Defendant Clark investigate the allegation about Plaintiff having an affair with a prior superintendent in retaliation for Plaintiff's Complaint filed against Vince Riccobene?

3.    Was retaliation the substantial factor motivating Defendant Clark to investigate the allegation about Plaintiff having an affair with a prior superintendent?

4.    Would Defendant Clark's investigations into the allegation about Plaintiff having an affair with the prior superintendent dissuade a reasonable person in Plaintiff's position from reporting harassment and/or discrimination?

### DESIGNATION OF DEPOSITION AND OBJECTIONS THERETO

The parties have not designated any deposition testimony for use at trial.

### DAMAGES AND OTHER RELIEF REQUESTED

Plaintiff seeks economic damages, both in the form of lost past income and benefits and lost future income and benefits, and noneconomic damages (pain and suffering).

1

2

3

**SETTLEMENT**

4      The parties attempted a mediation before Paris Kallas on November 3, 2022. The

5  mediation was unsuccessful. Subsequently, Plaintiff has settled with SSD but the claims against

6  Clark go forward.

7

**EXPERT WTINESSES**

8      (a) Each party shall be limited to 1 expert witness on the issue of Plaintiff's medical

9          condition.

10     (b) The names and addresses of the expert witnesses to be used by each party at the trial

11         and the issue upon which each will testify is:

12         (1) On behalf of Plaintiff:

13             a.   Dr. Laura Brown, 4131 1st Ave NW, Seattle WA 98107-4910. Dr. Brown

14                  will testify regarding her evaluation of Plaintiff's mental state.

15         (2) On behalf of Defendant:

16             a.   Dr. Kathryn Applegate, 2105 North 30th Street, Tacoma, WA 98403. Dr.

17                  Applegate will testify regarding her evaluation of Plaintiff's mental state.

18

**WITNESSES**

19  **A.      Plaintiff's Witnesses**

20

| | Name | Address | Expected Testimony | Likelihood of Testifying |
|---|---|---|---|---|
| 1. | Hanna McAndie **Plaintiff** | c/o Plaintiff's counsel | Ms. McAndie will testify regarding her knowledge of facts supporting claims, damages, and refuting the defenses raised in this case. | Will Testify |
| 2. | May Smith Plaintiff's mother | c/o Plaintiff's counsel. | Ms. Smith will testify regarding her knowledge of Plaintiff before, during, and after her employment with SSD. | Will Testify |

| 3. | Jim Stoffer | SSD Director Adverse Witness | Mr. Stoffer was a SSD school board member during times relevant to the issues described in the Amended Complaint. He will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
|----|-------------|------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| 4. | Valorie Knieper | SSD Employee | Ms. Knieper was an SSD employee during the period relevant to the issues described in the Amended Complaint. She will testify regarding facts pertaining to claims, defenses and damages to this case. | Will Testify |
| 5. | Anita Benitez | SSD Employee | Ms. Benitez may testify regarding her knowledge of facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 6. | Gary Neal | 2004 W Courtland Ave Spokane, WA 99205 | Mr. Neal was SSD Superintendent and will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 7. | Jennifer Maughan | PO Box 16332 Seattle, WA 98116 | Ms. Maughan was SSD Assistant Superintendent and will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 8. | Linsay Rapelje | SSD Employee | Ms. Rapelje is a librarian at Sequim School District and and mill testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 9. | Matt Piersoll | 919 S Pine St Port Angeles, WA 98362 | Mr. Piersoll is a Border Patrol Agent and FaceBook blogger who | May Testify |

| | | | | |
|---|---|---|---|---|
| | | | may testify regarding facts pertaining to the claims, defenses and damages in this case. | |
| 10. | Larry Hill | 32 Plum Tree LN Sequim, WA 98382 | Mr. Hill is a retired Sequim School District teacher and may testify regarding facts pertaining to the claims, defenses and damages in this case. | May testify |
| 11. | Dena Riccobene | 2001 Bluebell Dr Lynden, WA 98264 | Ms. Riccobene was a SSD employee and will testify regarding facts pertaining to the claims, defenses and damages in this case. | May testify |
| 12. | Elizabeth Lawson | SSD Employee | Ms. Lawson is an SSD employee and may testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 13. | John McAndie | SSD Employee | Mr. McAndie is an SSD employee and will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 14. | Robert Clark | Defendant | Mr. Clark is a former SSD employee and may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 15. | Amy Klosterman | P.O. Box 17130 Seattle, WA 98127 | Ms. Klosterman is a lawyer who investigated aspects of Plaintiff's claims and will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 16. | David Lyke | SSD Volunteer | SSD Volunteer and contracted staff member - will testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 17. | Justina Grimes Brown | Cape Flattery Staff | Observing training CTB | May Testify |

PRETRIAL ORDER - 7
No. 3:21-cv-05227-JHC

| 18. | Megan Lyke | SSD Employee | Ms. Lyke may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
|---|---|---|---|---|
| 19. | Larry Jeffryes | SSD Volunteer | Mr. Jeffryes will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 20. | Diana Piersoll | SSD employee | SSD Employee will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 21. | Brandino Gibson | SSD SB | Mr. Gibson will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |
| 22. | Brian Kuh | SSD SB | Mr. Kuh may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 23. | Heather Short | SSD SB | Ms. Short may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 24. | Randy Hill | SSD HR Director (former) | Mr. Hill may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 25. | Robin Henricksen | SSD SB | Ms. Henricksen may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 26. | Vince Riccobene | SSD Middle School Principal (former) | Mr. Riccobene may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 27. | Trayce Norman | SSD employee | Ms. Trayce may testify regarding facts pertaining to the claims, defenses and damages in this case. | |
| 28. | Victoria Balint | SSD HR Director | Ms. Balint will testify regarding facts pertaining to the claims, defenses and damages in this case. | Will Testify |

| 29. | Darlene Apeland | SSD employee | Ms. Apeland may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
|---|---|---|---|---|
| 30. | Jane Pryne | SSD Superintendent | Ms. Prine may testify regarding facts pertaining to the claims, defenses and damages in this case. | May Testify |
| 31. | Shawn Flood | SSD Investigator | Ms. Flood will testify regarding her investigation of the claims, defenses and damages in this case. | Will Testify |

**B.    Defendants' Witnesses**

| | Identification | Status |
|---|---|---|
| 1. | Hanna McAndie<br>c/o Dan Gallagher<br>Gallagher Law Office PS<br>10611 Battler Point Drive NE<br>Bainbridge, WA 98110-1493<br><br>Hanna McAndie is the plaintiff in this case and will testify regarding her knowledge of facts pertaining to the claims, defenses and damages at issue in this lawsuit. | Will testify |
| 2. | Robert Clark<br>c/o Lori Bemis<br>McGavick Graves<br>1102 Broadway Ste 500<br>Tacoma, WA 98402<br><br>Robert Clark was the Superintendent at Sequim School District at times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |

| 3. | John McAndie<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>John McAndie was the Director of Maintenance at Sequim School District at all times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
|---|---|---|
| 4. | Valorie Knieper<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Valorie Knieper was a Human Resources Specialist at Sequim School District at all times relevant to the issues described in the Complaint. She will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
| 5. | Darlene Apeland<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Darlene Apeland was the Director of Business Operations and Finances at Sequim School District at all times relevant to the issues described in the Complaint. She will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
| 6. | Brandino Gibson<br>11 Mustang Ln, Ste 104<br>Sequim, WA  98382<br><br>Brandino Gibson was President of the Sequim School District School Board at all times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |

| 7. | Megan Lyke<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Megan Lyke was Public Information Officer at Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
|---|---|---|
| 8. | Tricia Stratton<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Tricia Stratton was Office Coordinator for Greywolf Elementary at Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
| 9. | Erin Fox<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Erin Fox is High School Principal at Sequim School District and was an Assistant Principal during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
| 10. | Trayce Norman<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Trayce Norman was the Executive Assistant to the Superintendent at Sequim School District during all times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will testify |
| 11. | Dr. Kathryn Applegate<br>2105 North 30th Street<br>Tacoma, WA 98403<br><br>Dr. Applegate is expected to testify regarding the mental health of Plaintiff as it relates to the issues described in the Complaint and regarding the claims, defenses and damages in this lawsuit. | Will Testify |

| 12. | Gary Neal<br>2004 W Courtland Ave<br>Spokane, WA 99205<br><br>Gary Neal was Superintendent at Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |
|---|---|---|
| 13. | Ian McAndie<br>c/o Derek Medina, Attorney<br>210 E 5th St.<br>Port Angeles, WA 98362<br><br>Ian McAndie was married to Hanna McAndie during times relevant to the issues described in the Complaint. He will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |
| 14. | Jennifer Maughan<br>1708 45th Avenue SW<br>Seattle, WA 98116<br><br>Jennifer Maughan was Assistant Superintendent at Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |
| 15. | Kathleen Haggard<br>Haggard & Ganson LLP<br>19125 North Creek Parkway, Suite 120 PMB 337<br>Bothell, Washington 98011<br><br>Kathleen Haggard conducted an investigation into whether Plaintiff was retaliated against by Sequim School District for submitting a complaint of sexual harassment against former Superintendent Rob Clark. She will testify regarding facts pertaining to claims, defenses and damages to this lawsuit. | Will Testify |
| 16. | Linsay Rapelje<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Linsay Rapelje is a librarian at Sequim School District and was an Assistant Principal during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |

| | 17. | Matt Piersoll<br>919 S Pine St<br>Port Angeles, WA 98362<br><br>Matt Piersoll is a member of the Sequim community at all times relevant to the issues described in the Complaint. He will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |
|---|---|---|---|
| | 18. | Vince Riccobene<br>2001 Bluebell Dr<br>Lynden, WA 98264<br><br>Vince Riccobene was a school principal in Sequim school District at all times relevant to the issues described in the Complaint. He will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | Will Testify |
| | 19. | Victoria Balint<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Victoria Balint was Director of Human Resources during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
| | 20. | Rebecca Stanton<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Rebecca Stanton was an elementary school Principal for Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
| | 21. | Donna Hudson<br>c/o Preg O'Donnell and Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br><br>Donna Hudson was an elementary school Principal for Sequim School District during times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |

| 22. | Dena Riccobene<br>2001 Bluebell Dr<br>Lynden, WA  98264<br><br>Dena Riccobene was a school librarian at Sequim School District during all times relevant to the issues described in the Complaint. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
|---|---|---|
| 23. | Larry Hill<br>32 Plum Tree LN<br>Sequim, WA  98382<br><br>Larry Hill was a retired Sequim School District teacher at Sequim School District during times relevant to the issues described in the Complaint. He will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
| 24. | Amy Klosterman<br>Klosterman Law, PLLC<br>P.O. Box 17130<br>Seattle, WA 98127<br><br>Amy Klosterman conducted an investigation into whether Dr. Clark investigated a rumor regarding Plaintiff and former superintendent Gary Neal. She will testify regarding facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
| 25. | Jim Stoffer<br>570 America Blvd<br>Sequim, WA  98382<br><br>Jim Stoffer was a member of the Sequim School District School Board at times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |
| 26. | Brian Kuh<br>914 N Beverage St Sequim, WA  98382<br><br>Brian Kuh was a member of the Sequim School District School Board at times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to the claims, defenses and damages in this lawsuit. | May Testify |

| 27. | Mark Pekar<br>Sequim Adventist Church<br>30 Sanford Lane<br>Sequim, WA 98382<br><br>Mark Pekar was a pastor at Sequim Adventist Church at times relevant to the issues described in the Complaint. He will testify regarding the facts pertaining to his meeting with Hanna McAndie and Ian McAndie regarding their marriage. | May Testify |
|---|---|---|

Plaintiff reserves the right to call Defendants' witnesses in her case in chief. Plaintiff sent Clark a link to 40 exhibits on March 2, subsequently adding additional exhibits which were either documents produced by SSD in discovery or photos of Plaintiff and her then husband. Plaintiff expects to use the photos for illustrative purposes.  Plaintiff received Defendants' exhibits March 3rd at 8:35 a.m.

## EXHIBIT LIST AND OBJECTIONS

### A.    Plaintiff's Exhibit List and Objections

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1. | HM CTB Incident Report 5227-001968-977 | Disputed | Disputed | FRE 401 (b) Not necessary/relevant FRE 403 unfair prejudice (one sided) ; confusing the issues; wasting time; needlessly presenting cumulative evidence | |
| 2. | Plaintiff's Job Applications 5227-1894 to 001967 | Disputed | Disputed | FRE 401 (b) Not necessary/relevant FRE 403 wasting time; needlessly presenting cumulative evidence | |

| 3. | RC Letter to Harrison re Job Change SSD_HM_01577 | Stipulated | Stipulated | | |
| 4. | Flood Investigation SSD_HM_01739 to 01786 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant | |
| 5. | Balint 10.30.20 Email to HM 5227-001978 | Stipulated | Stipulated | | |
| 6. | 2.26.21 HM Retaliation Complaint re Confidentiality Breach DDS_HM_004975 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant | |
| 7. | Policy 3210-3000 Nondiscrimination 5227-001979-80 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant | |
| 8. | Policy 4220P Resolution of Employee Complaints 5227-001981to 82 | Stipulated | Stipulated | | |
| 9. | Policy 5010-5000 Nondiscrimination 5227-001983 to 001985 | Stipulated | Stipulated | | |
| 10. | Policy 5010P Procedure Nondiscrimination 5227-001986 to 1994 | Stipulated | Stipulated | | |
| 11. | Policy 5270 Resolution of Staff Complaints 5270-001995 | Stipulated | Stipulated | | |
| 12. | Policy 5270P Procedure 4220P Guidelines for Resolving Employee Grievances. 5227-001996 | Stipulated | Stipulated | | |
| 13. | Policy 4220P Resolving | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| | Employee Complaints 5227-001997-1998 | | | | |
| 14. | HM Email to SB Formal Complaint SH 5227-001999 | Stipulated | Stipulated | | |
| 15. | BG Letter to HM Closing Klosterman Investigation 5227-002000 | Stipulated | Stipulated | | |
| 16. | Clark Survey Monkey 5227-002001-2029 | Stipulated | Stipulated | | |
| 17. | HM SH Email to VB and Responses 5227-002039-002042 | Stipulated | Stipulated | | |
| 18. | HM HRC Charge 5227-002039-2042 | Stipulated | Stipulated NOTE: Defendants also offered this exhibit, including Plaintiff's statement which is not included in this copy | | |
| 19. | VB Receipt of Claim Letter 5227-002043 to 2053 | Stipulated | Stipulated | | |
| 20. | JM Draft Reprimand VR 5227-002054-2056 | Disputed | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |

| 21. | HM May 17 2019 Attachment 5227-2057 to 2074 | Stipulated | Disputed<br><br>**Several documents included, please break into separate exhibits | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 22. | M Piersoll Letter to Superintendent 5227-002075 to 2090 | Stipulated | Disputed<br><br>**Several documents included, please break into separate exhibits | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 23. | Stoffer 2.23.21 Email to Jane re Bullying DAY 2021 003857 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 24. | HM Appeal Haggard Investigation SSD_HM_004974_ | Stipulated | Stipulated | | |
| 25. | HM Email re Reporting VR SSD_HM 02962 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 26. | C. Smith Email SSD_HM-02963 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant | |

| | | | | FRE 403 wasting time; needlessly presenting cumulative evidence | |
|---|---|---|---|---|---|
| 27. | Winter 2019 Newsletter SSD_HM_04031-04034 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; needlessly presenting cumulative evidence | |
| 28. | V. Balint Letter SSD_HM_01168 | Stipulated | Stipulated | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 29. | HM Email to VB and Response SSD_HM_01169-1170 | Stipulated | Stipulated *Incomplete email -- doesn't provide the entire document | | |
| 30. | HM Email to BG and VB SSD_HM_01172 | Stipulated | Stipulated *Incomplete email -- doesn't provide the entire document | | |
| 31. | BG Email to RC SSD_HM_01189 | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| 32. | VB Letter of Direction to VR SSD_HM_01258-1259 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 33. | SM Letter to VB SSD_HM_01299 to 01300 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 34. | BG Email to JM SSD_HM_1301 | Stipulated | Stipulated *please remove highlighting | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 35. | BG Email to RC SSD_HM_01443 | Stipulated | Stipulated | | |
| 36. | AK Email to VB SSD_HM_01450 | Stipulated | Stipulated | | |
| 37. | VB Email to AK SSD_HM_01498 | Stipulated | Stipulated | | |
| 38. | VK Letter SSD_HM_02640 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |

| 39. | RH Letter to VR 5227-002000 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 40. | JM Letter to VR SSD_HM_02644 | Stipulated | Disputed | FRE 401(b) Not necessary/relevant FRE 403 wasting time; confusing issues; needlessly presenting cumulative evidence | |
| 41. | Photograph 5227-004000 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 42. | Photograph 5227-004001 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 43. | Photograph 5227-004002 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 44. | Photograph 5227-004004 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 45. | Photograph 5227-004005 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 46. | Photograph 5227-004006 | | | Untimely disclosure, FRE | |

| | | | | |
|---|---|---|---|---|
| | | | 401(b) not relevant; FRE 403 cumulative | |
| 47. | Photograph 5227-004007 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 48. | Photograph 5227-004008 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 49. | Photograph 5227-004009 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 50. | Photograph 5227-004010 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 51. | Photograph 5227-004011 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 52. | Photograph 5227-004012 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 53. | Photograph 5227-004013 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 54. | Photograph 5227-004014 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 55. | Photograph 5227-004015 | | | Untimely disclosure, FRE 401(b) not | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | relevant; FRE 403 cumulative | |
| 56. | Photograph 5227-004016 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 57. | Photograph 5227-004017 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 58. | Photograph 5227-004018 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 59. | Photograph 5227-004019 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 60. | Photograph 5227-004020 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 61. | Photograph 5227-004021 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 62. | Photograph 5227-004022 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 63. | Photograph 5227-004023 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 64. | Photograph 5227-004021 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |

| | | | | | |
|---|---|---|---|---|---|
| 65. | Photograph 5227-004025 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 66. | Photograph 5227-004026 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 67. | Photograph 5227-004027 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 68. | Photograph 5227-004028 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 69. | Photograph 5227-004029 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 70. | Photograph 5227-004030 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 71. | Photograph 5227-004031 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 72. | Photograph 5227-004032 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 73. | Photograph 5227-004033 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative | |
| 74. | Photograph 5227-004034 | | | Untimely disclosure, FRE | |

| | | | | |
|---|---|---|---|---|
| | | | | 401(b) not relevant; FRE 403 cumulative |
| 75. | Photograph 5227-004035 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative |
| 76. | Photograph 5227-004036 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative |
| 77. | Photograph 5227-004037 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 403 cumulative |
| 78. | JS Email to JP DAY 2021 003857 | | | Untimely disclosure, FRE 401 (b) not relevant as it relates to conduct of M. Piersoll; FRE 403 unduly prejudicial |
| 79. | JM Email to SR SSD_HM 01298 | | | FRE 401 (b) not relevant. |
| 80. | JM Letter to VR SSD_HM 02644 | | | |
| 81. | JM Narrative SSD_HM_0243 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 801 hearsay |
| 82. | JS Email to AK SSD_HM_02418 | | | FRE 401(b); FRE Untimely disclosure, 801 hearsay |
| 83. | BK Email to JS; JS to AK SSD_HM_02532-02533 | | | Untimely disclosure, FRE 401(b) relevance; FRE 801 hearay |
| 84. | AK Email to VB SSD_HM_01450 | | | Untimely disclosure, ER 401(b) |

| | | | | | |
|---|---|---|---|---|---|
| 85. | Klosterman Interview Notes SSD_HM_02632-02638 | | | Untimely disclosure, FRE 401 relevance; FRE 801 hearsay | |
| 86. | Larry Jeffryes' Statement SSD_HM_01761-01762 | | | Untimely disclosure, FRE 401; FRE 801 hearssay. | |
| 87. | SM Email to VB, MD, BG SSD_HM_01299-01300 | | | Untimely disclosure, FRE 401(b) not relevant; FRE 801 hearsay as statement of JM. | |
| 88. | Parent Letter to JP SSD_HM_00106-00111 | | | Untimely disclosure; author unknown; 401(b) not relevant as addresses Superintendent Pryne; FRE 801 hearsay | |
| 89. | Anita Benitez interview notes SSD_HM_01911-02013 | | | FRE 401 relevance; FRE 801 hearsay; witness is slated to testify so notes are cumulative FRE 403. | |
| 90. | Salaries of Certificated Staff 2017-18 SSD_HM_02543 | | | FRE 401 relevance. | |
| 91. | SSD Visitor's Map SSD_HM_010135 | | | FRE 401 relevance; 801 hearsay | |
| 92. | SSD Letter re: Langston and Clark SSD_HM_01486-01487 | | | Untimely disclosure; FRE 401 relevance; FRE 801 hearsay. | |
| 93. | VB Email to VR SSD_HM_010318 | | | Untimely disclosure; FRE 401 relevance | |
| 94. | VR Separation Notice SSD_HM_010319 | | | Untimely disclosure; FRE 401 relevance; 801 hearsay. | |

| 95. | SSD Board Minutes 5227-004050-004053 | | | Untimely disclosure; FRE 401 relevance | |
| 96. | Policy 1620 5227-004054 | | | | |
| 97. | Procedure 1620 Form 5227-004055-004057 | | | Untimely disclosure; FRE 401 Relevance | |
| 98. | SSD Newsletter Fall 2019 SSD_HM_04365-04372 | | | Untimely disclosure; FRE 401 Relevance | |
| 99. | Photograph 5227-004003 | | | Untimely disclosure; FRE 401 relevance | |

**B.    Defendants' Exhibit List and Objections**

| Defendant's Exhibits | | | | | | |
|---|---|---|---|---|---|---|
| Ex. No. | Date & Description | Bates No. | Authenticity | Admissibility | Objection | Admitted |
| 501. | September 20, 2018 Email exchange between H.McAndie and J.Maughan re: office hours | SSD_HM_005786 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 502. | October 1, 2018 Email from H.McAndie to G.Neal re: Today's Schedule | SSD_HM_010173 | Stipulated | Disputed | FRE 401; 403 | |
| 503. | January 29, 2019 Email from J.Maughan to M.Seabolt re: Subonline! | SSD_HM_03133 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 504. | April 12, 2019 Email from H.McAndie to G.Neal re: | SSD_HM_05701 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Schedule Inquiry | | | | | |
| 505. | July 11, 2019 Email from M.Lyke to D. Apeland and forwarded to J. Maughan re: FW no subject | SSD_HM_09415 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 506. | July 24, 2019 Email from H.McAndie to J.Maughan cc: R.Clark re: Summer hours | SSD_HM_004991 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 507. | October 30, 2019 Email from M.Lyke to J.Maughan and T.Norman re: Hanna | SSD_HM_03373 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 508. | July 1, 2019 S.Flood Investigation re H.McAndie complaint about V.Riccobene | SSD_HM_01739- SSD_HM_01786 | Stipulated | Stipulated | | |
| 509. | May 21, 2019 Evaluation of H.McAndie by G.Neal | SSD_HM_000001 | Stipulated | Stipulated | | |
| 510. | May 6, 2019 Email from H.McAndie to P.Lund containing 2019 Back to School Fair dates re: copy of last year's flyer? | SSD_HM_005667- SSD_HM_005671 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 511. | October 29, 2019 J.Maughan handwritten note to R.Clark re H.McAndie absence and morale | SSD_HM_005829 | Disputed | Disputed | FRE 401; 403; 801; 901 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 512. | December 17, 2019 J.Maughan email to H.McAndie re: Travel Request | SSD_HM_0099 38- SSD_HM_0099 39 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 513. | March 4, 2019 H.McAndie email to J.Maughan cc: G.Neal re: CTB recommendations | SSD_HM_0057 47- SSD_HM_0057 50 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 514. | November 12, 2019 H.McAndie email to J.Maughan and R.Alcafaras re: Website | SSD_HM_0054 98 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 515. | November 20, 2019 H.McAndie email to J. Maughan re: HMc Weekly Schedule | SSD_HM_0054 90- SSD_HM_0054 92 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 516. | December 17, 2019 H.McAndie email to J.Maughan re: GM and WM | SSD_HM_0054 63- SSD_HM_0054 64 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 517. | December 18, 2019 H.McAndie email with J.Maughan re: Suggestion | SSD_HM_0054 62 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 518. | December 26, 2019 Email from H.McAndie to J.Maughan, V. Knieper and R.Clark re: Leave Revision | SSD_HM_0054 52- SSD_HM_0054 53 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 519. | January 21, 2020 Email from H.McAndie to J.Maughan re: Schedule 1/20-1/24 | SSD_HM_0054 41-SSD_HM_0054 42 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 520. | January 22, 2020 Email from H.McAndie to J.Maughan re: Time in subonline | SSD_HM_0054 38-SSD_HM_0054 39 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 521. | January 30, 2020 H.McAndie email to J.Maughan re: Haller CTB cases | SSD_HM_0054 35 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 522. | March 10, 2020 H.McAndie email to J.Maughan re: Draft for principals | SSD_HM_0054 14-SSD_HM_0054 15 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 523. | July 6, 2020 H.McAndie email to J.Maughan re: Check in 6/29-7/3 | SSD_HM_0052 49-SSD_HM_0052 52 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 524. | July 8, 2020 H.McAndie email to J.Maughan re: PIO information | SSD_HM_0052 38-SSD_HM_0052 39 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 525. | July 9, 2020 J.Maughan to H.McAndie, M.Lyke, R.Alcafaras and M.Seabolt re: P-EBT Posts | SSD_HM_0051 95-SSD_HM_0051 96 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 526. | July 8, 2020 J.Maughan to H.McAndie re: PIO information | SSD_HM_0052 38-SSD_HM_0052 39 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 527. | July 15, 2020 H.McAndie to J.Maughan re: Work log | SSD_HM_0051 76 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 528. | September 15, 2020 H.McAndie to J.Maughan re: MV Calls | SSD_HM_0051 19 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 529. | September 17, 2020 H.McAndie email to J.Maughan re: MV calls | SSD_HM_0051 04- SSD_HM_0051 08 | Stipulated | Disputed | FRE 401; 403; 801; duplicate of Ex. 528 | |
| 530. | September 25, 2020 H.McAndie email to J.Maughan re: MV issues | SSD_HM_0051 01- SSD_HM_0051 02 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 531. | September 25, 2020 H.McAndie email to J.Maughan re: How to Contact Hanna | SSD_HM_0050 92- SSD_HM_0050 93 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 532. | September 3, 2019 H.McAndie email to R.Clark re: Reporting of absences | SSD_HM_0055 76- SSD_HM_0055 77 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 533. | August 16, 2019 H.McAndie email to R.Clark and J.Maughan re: HMc Weekly Schedule 8/19- 8/23 | SSD_HM_0351 0- SSD_HM_0351 1, SSD_HM_0049 87- SSD_HM_0049 88 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 534. | September 9, 2019 H.McAndie email to R.Clark, | SSD_HM_0055 37- SSD_HM_0055 38 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | J.Maughan and T.Norman re: tentative schedule for the week | | | | | |
| 535. | September 16, 2019 H.McAndie email to R.Clark, J.Maughan, T.Norman and D. Apeland re:HMc Weekly Schedule | SSD_HM_0055 23- SSD_HM_0055 26 SSD_HM_0055 29- SSD_HM_0055 30 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 536. | September 16, 2019 H.McAndie email to R.Clark re: HMc Weekly Schedule | SSD_HM_0055 20- SSD_HM_0055 22 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 537. | September 19, 2019 H.McAndie email to R.Clark, J.Maughan, T.Norman, M.Lyke re: HMc Weekly Schedule | SSD_HM_0055 15- SSD_HM_0055 16 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 538. | October 1, 2019 H.McAndie email to R.Clark, J.Maughan, T. Norman re: HMc Weekly Schedule | SSD_HM_0055 08- SSD_HM_0055 09 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 539. | October 29, 2019 handwritten note from J.Maughan to R.Clark re H.McAndie absence causing morale issues and favoritism | SSD_HM_0058 29 | Disputed | Disputed | FRE 401; 403; 801; 901 | |

| 540. | November 12, 2019 H.McAndie email to R.Clark and T.Norman re: HMc Weekly Schedule | SSD_HM_0054 99- SSD_HM_0055 00 | Stipulated | Disputed | FRE 401; 403; 801 | |
|------|------|------|------|------|------|------|
| 541. | November 20, 2019 T.Norman email to J.Maughan re: HMc Weekly Schedule | SSD_HM_0100 98- SSD_HM_0101 00 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 542. | November 20, 2019 H.McAndie email to J.Maughan saying she will include her on weekly schedule after J.Maughan was looking for her | SSD_HM_0054 90- SSD_HM_0054 92 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 543. | November 22, 2019 H.McAndie email to R.Clark, J.Maughan, M.Lyke, T. Norman re weekly schedule | SD_HM_008969 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 544. | December 3, 2019 H.McAndie email to R.Clark re: HMc Weekly Schedule 12/2-12/6 | SSD_HM_0054 72- SSD_HM_0054 73 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 545. | December 16, 2019 H.McAndie email to R.Clark, J.Maughan, T.Norman and M.Lyke re: HMc | SSD_HM_0054 66- SSD_HM_0054 67 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Weekly Schedule | | | | | |
| 546. | January 21, 2020 H.McAndie email to J.Maughan regarding schedule accommodations | SSD_HM_005441- SSD_HM_005442 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 547. | October 29, 2019 H.McAndie email to R.Clark re sickness and out part of morning | SSD_HM_005816 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 548. | June 26, 2018 H.McAndie email to L.Lestage re: Truancy End of Year Reports | SSD_HM_005800 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 549. | September 6, 2018 H.McAndie email to G.Neal, T.Norman not making it to meeting | SSD_HM_005793 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 550. | September 14, 2018 H.McAndie email to L.Parker re: OPA MEMO #5 | SSD_005790 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 551. | October 17, 2018 H.McAndie email to B.Cooper re: Request for Information | SSD_HM_005771 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 552. | October 31, 2018 H.McAndie email to | SSD_HM_005757 | Stipulated | Disputed | FRE 401; 403; 801 | |

|  |  |  | Stipulated | Disputed |  |  |
|---|---|---|---|---|---|---|
|  | S.Crutchfield re: Sequim Ground Breaking |  |  |  |  |  |
| 553. | March 7, 2019 H.McAndie email to P.Ofarrell re: Custom App Update | SSD_HM_0057 36- SSD_HM_0057 38 | Stipulated | Disputed | FRE 401; 403; 801 |  |
| 554. | March 22, 2019 H.McAndie email to K.Bushy, S.Jefferson re: Attendance Meeting and inability to meet regarding truancy issues | SSD_HM_0057 32 | Stipulated | Disputed | FRE 401; 403; 801 |  |
| 555. | April 24, 2019 H.McAndie email to P.Ofarrell re: Custom App Update | SSD_HM_0056 76- SSD_HM_0056 77 | Stipulated | Disputed | FRE 401; 403; 801 |  |
| 556. | May 14, 2019 H.McAndie email to J.Lopez, T.Stratton, D.Hudson re: Referral for Truancy Court | SSD_HM_0056 33- SSD_HM_0056 34 | Stipulated | Disputed | FRE 401; 403; 801 |  |
| 557. | September 19, 2019 H.McAndie email to several people re: Out of the Office | SSD_HM_0055 14 | Stipulated | Disputed | FRE 401; 403; 801 |  |
| 558. | November 14, 2019 H.McAndie email to M.Vander Velde re: ___CTB Hearing | SSD_HM_0054 96 | Stipulated | Disputed | FRE 401; 403; 801 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 559. | November 27, 2019 H.McAndie email to H.Liebert and M.Field re: Newsletter Deadlines | SSD_HM_0548 1-SSD_HM_0548 3 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 560. | December 4, 219 H.McAndie email to H.Liebert and M.Field re: Ad Copy Reminder | SSD_HM_0054 70 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 561. | January 15, 2020 H.McAndie email to J.Maughan re: Today | SSD_HM_0054 45 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 562. | January 23, 2020 H.McAndie email to L.Stauffer re: Meeting tomorrow 1-22? | SSD_HM_0054 37 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 563. | February 19, 2020 H.McAndie email to L.Stauffer re:CTB | SSD_HM_0054 34 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 564. | July 16, 2020 T.Norman email to J.Maughan re:Pandemic EBT | SSD_HM_0100 49-SSD_HM_0110 50 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 565. | August 10, 2020  M.Lyke email to H.McAndie re: Meeting? | SSD_HM_0051 49 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 566. | September 8, 2020 H.McAndie email to J.Lopez re: [redacted] | SSD_HM_0051 23-SSD_HM_0051 24 | Stipulated | Disputed | FRE 401; 403; 801 | |

| 567. | September 30, 2020 H.McAndie email to R.Larsen re: possible MKV students | SSD_HM_0050 88 | Stipulated | Disputed | FRE 401; 403; 801 | |
|---|---|---|---|---|---|---|
| 568. | October 27, 2020 H.McAndie email to T.Thorson, M.Vander Velde, S.Thorson, J.Maughan and V. Riccobene re: Truancy Court Student and McKinney Vento Student | SSD_HM_0050 32- SSD_HM_0050 33 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 569. | October 28, 2020 H.McAndie to J.Maughan re: Checking in | SSD_HM_0050 31 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 570. | October 4, 2018 J.Maughan to T. Stratton re: (no subject) | SSD_HM_0045 779- SSD_HM_0045 782 | Disputed | Disputed | FRE 401; 403; 801; 901 | |
| 571. | September 18, 2018 R.Hill email to J.Maughan re: Website Calendars | SSD_HM_0057 87- SSD_HM_0057 89 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 572. | November 4, 2019 H.McAndie email to R.Clark re: Back to School Fair | SSD_HM_0055 03- SSD_HM_0055 04 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 573. | August 2, 2018 S.McIntire email to J.Maughan re: Calendars for parents | SSD_HM_0101 77- SSD_HM_0101 78 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 574. | October 23, 2018 D.Lamb email to H.McAndie and J.Maughan re: IMPORTANT District Calendar Blank on Website | SSD_HM_0057 69 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 575. | April 22, 2019 H.McAndie email to A.Tjemsland re:dates | SSD_HM_0056 92 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 576. | May 16, 2019 H.McAndie email to A.Tjemsland re: Calendar | SSD_HM_0056 32 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 577. | August 12, 2019 H.McAndie email to V.Knieper and J.Maughan re: non discrimination statement | SSD_HM_0049 89-SSD_HM_0049 90 | Stipulated | Disputed | FRE 401; 403 | |
| 578. | June 15, 2020 J.Maughan email to H.McAndie re: Another one :) | SSD_HM_0052 71-SSD_HM_0052 72 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 579. | October 4, 2019 R.Stanton email to J.Maughan re: FYI-Truancy-info email | SSD_HM_0063 96-SSD_HM_0063 97 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 580. | March 27, 2019 S.Jefferson email to J.Maughan, G.Neal, R.Stanton re: Court 3/27 | SSD_HM_0057 30-SSD_HM_0057 31 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 581. | October 31, 2018 H.McAndie | SSD_HM_0057 63 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | email to Deputy Clerk re: UPDATES | | | | | |
| 582. | April 8, 2019 Email from H.McAndie to B.Brown re: Petitions Email #9 | SSD_HM_0049 97-SSD_HM_0050 01 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 583. | September 25, 2020 Email from H.McAndie to T.Lassus and J. Clark re: SSD Contempts | SSD_HM_0050 95-SSD_HM_0050 99 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 584. | October 10, 2019 Email from S.Jefferson to K.Bushy, R.Stanton, J.Maughan re: Truancy | SSD_HM_0055 06-SSD_HM_0055 07 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 585. | November 14, 2019 Email from H.McAndie to [redacted], V.Riccobene re: Court | SSD_HM_0054 94 | Disputed | Disputed | FRE 401; 403; 801; 901 | |
| 586. | March 3, 2020 email from parent to H.McAndie re: truancy meeting | SSD_HM_0100 79-SSD_HM_0100 80 | Disputed | Disputed | FRE 401; 403; 801; 901 | |
| 587. | September 27, 2018 email from D.Lamb to J.Maughan re: available after school? | SSD_HM_0098 60 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 588. | October 4, 2018 email from J.Maughan to T.Stratton re: [no subject] with list of various elementary and middle school | SSD_HM_0057 79-SSD_HM_0057 80 | Disputed | Disputed | FRE 401; 403; 801; 901 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | frustrations with HM | | | | | |
| 589. | January 29, 2019 email from H.McAndie to S.Jefferson , K.Bushy, J.Maughan, R.Stanton and G.Neal re: Court today | SSD_HM_0057 56 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 590. | February 26, 2019 email from T.Stratton to H.McAndie, J.Maughan, J.Lopez, D.Hudson re: truant student at GWE T.Stratton difficulty serving parents and student with 23 absences and no truancy action | SSD_HM_0057 55 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 591. | May 16, 2019 email from H.McAndie to S.Jefferson, K.Bushy, R.Stanton, J.Maughan re: Court hearing for [redacted] | SSD_HM_0056 30 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 592. | June 11, 2019 H.McAndie email to L.Forshaw re: ENTERING TRUANCY | SSD_HM_0056 13- SSD_HM_0056 14 | Disputed | Disputed | FRE 401; 403; 801; 901 | |
| 593. | September 13, 2019 T.Stratton email to H.McAndie J.Maughan, | SSD_HM_0055 31 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | R.Clark, D.Hudson re:letter template for absences | | | | | |
|---|---|---|---|---|---|---|---|
| 594. | September 18, 2019 H.McAndie email to T.Stratton, J.Lopez, J.Maughan, M.Willis re: question about attendance sheet for parents | SSD_HM_0055 18 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 595. | September 28, 2019 H.McAndie email to T.Norman, J.Maughan, T.Stratton re: new attendance | SSD_HM_0055 12 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 596. | December 3, 2019 H.McAndie email to C.Harms and K.Queen re: student with major attendance concerns | SSD_HM_0054 76- SSD_HM_0054 78 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 597. | January 10, 2020 H.McAndie email to L.Forshaw, M. Harris, and J.Maughan re: case files | SSD_HM_0054 46- SSD_HM_0054 47 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 598. | October 7, 2020 H.McAndie email to K.Queen, J.Maughan, L.Lestage re: check in attendance | SSD_HM_0050 70 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 599. | June 25, 2019 H.McAndie email to J.Maughan, G.Neal, D.Apeland re: placement for next year | SSD_HM_0056 09- SSD_HM_0056 12 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 600. | May 12, 2020 H.McAndie email to J.Maughan re: Student teaching | SSD_HM_0053 14 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 601. | January 8, 2020 H.McAndie email to J.Maughan re: Work hours | SSD_HM_0054 49- SSD_HM_0054 50 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 602. | April 17, 2020 V.Balint email to H.McAndie re: Check In Meeting | SSD_HM_0053 80 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 603. | May 18, 2020 H.McAndie email to J.Maughan re: 5/11-5/15 Check In | SSD_HM_0082 76- SSD_HM_0082 77 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 604. | May 26, 2020 H.McAndie email to J.Maughan re: 5/18-5/22 Check In | SSD_HM_0100 67- SSD_HM_0100 68 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 605. | June 1, 2020 H.McAndie email to J.Maughan re: 5/25-5/29 Check in | SSD_HM_0052 89- SSD_HM_0052 92 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 606. | June 8, 2020 H.McAndie email to J.Maughan re: | SSD_HM_0052 77- SSD_HM_0052 78 | Disputed | Disputed | FRE 106; 401; 403; 801; 901 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/1-6/5 Check In | | | | | |
| 607. | June 12, 2020 H.McAndie email to J.Maughan re: 6/8-6/12 Check In | SSD_HM_010060 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 608. | June 22, 2020 H.McAndie email to J.Maughan re: Check in 6/15-6/19 | SSD_HM_010058 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 609. | June 29, 2020 H.McAndie email to J.Maughan re: Check in 6/22-6/26 | SSD_HM_010055-SSD_HM_010056 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 610. | July 6, 2020 H.McAndie email to J.Maughan re: Check In 6/29-7/3 | SSD_HM_03340 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 611. | July 20, 2020 J.Maughan email to H.McAndie re: 7/13-7/16 Check In | SSD_HM_005168 SSD_HM_-00169 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 612. | July 23, 2020 H.McAndie email to J.Maughan re:  7/20-7/23 Check in | SSD_HM_010047 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 613. | July 30, 2020 H.McAndie email to J.Maughan re: 7/27-7/30 check in | SSD_HM_010046 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 614. | August 7, 2020 H.McAndie email to J.Maughan re: | SSD_HM_010041 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | 8/3-8/7 Check In | | | | | |
|---|---|---|---|---|---|---|---|
| | 615. | August 14, 2020 McAndie email to J.Maughan re 8/14-8/14 check in | SSD_HM_0100 31 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 616. | August 21, 2020 H.McAndie to J.Maughan email re: check in 8/17-8/21 | SSD_HM_0100 24 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 617. | August 28. 2000 H.McAndie email to J.Maughan re: Check In 8/24-8/28 | SSD_HM_0100 23 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 618. | September 4, 2020 H.McAndie email to J.Maughan re: Check In 8/31-9/4 | SSD_HM_0100 22 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 619. | September 11, 2020 H.McAndie email to J.Maughan re: Check In 9/7-9/11 | SSD_HM_0100 21 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 620. | September 18, 2020 H.McAndie email to J.Maughan re: Check In 9/14-9/18 | SSD_HM_0100 20 | Stipulated | Disputed | FRE 401; 403; 801 | |
| | 621. | September 25, 2020 H.McAndie email to J.Maughan re: Check In 9/21-9/25 | SSD_HM_0073 76 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 622. | October 12, 2020 H.McAndie email to J.Maughan re: Check in 10/5 to 10/9 | SSD_HM_010000 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 623. | October 18, 2020 H.McAndie email to J.Maughan re: Check in 10/2 to 10/16 | SSD_HM_009977 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 624. | Interim Superintendent Feedback Survey Results | SSD_HM_010180-SSD_HM_010202 | Disputed | Disputed | FRE 106; 401; 403; 404; 801; 901 | |
| 625. | October 12, 2020 H.McAndie email to V. Balint re: Complaint of Sexual Harassment | SSD_HM_005041-SSD_HM_005042 | Stipulated | Stipulated | | |
| 626. | February 7, 2021 H.McAndie email to J.Maughan re: Leave of Absence Request | SSD_HM_005020 | Stipulated | Disputed | FRE 106; 401; 403; 801 | |
| 627. | Hanna and Ian McAndie Divorce Declarations | SSD_HM_010321-SSD_HM_010349 | Stipulated | Disputed | FRE 401; 403 | |
| 628. | May 1, 2019 H.McAndie email to C.Smith re: School Board FYI ("I'm in Spain right now") | SSD_HM_005672 | Disputed | Disputed | FRE 106; 401; 403; 801; 901 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 629. | July 29, 2020 H.McAndie email to M.Mello re: URGENT! Time Sensitive: Sequim School District 323 - Need information by EOB tomorrow | SSD_HM_005166-SSD_HM_005167 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 630. | July 9, 2020 M.Lyke to J.Maughan, H.McAndie, R.Alcafaras, M.Seabolt, T.Norman re: P-EBT Posts | SSD_HM_005182-SSD_HM_005185 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 631. | July 7, 2020 M.Lyke to T.Norman re: FW: SSD Youtube | SSD_HM_005232 | Disputed | Disputed | FRE 106; 401; 403; 801; 901 | |
| 632. | July 8, 2020 J.Maughan to H.McAndie, M.Lyke, T.Norman re: PIO Information | SSD_HM_005239 | Disputed | Disputed | FRE 106; 401; 403; 801; 901 | |
| 633. | EEOC Complaint | SSD_HM_01190-SSD_HM_01284 | Stipulated | Stipulated | | |
| 634. | EEOC Determination | SSD_HM_01138-SSD_HM_01139 | Stipulated | Disputed | FRE 401; 403 | |
| 635. | Hanna Smith McAndie Voluntary Statement Pueblo County Sheriff's Office November 2, 2011 | | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | |
|---|---|---|---|---|---|
| 636. | Affidavit in Support of Warrantless Arrest November 2, 2011 | | Stipulated | Disputed | FRE 401; 403; 801 | |
| 637. | Pueblo County Sheriff's Office Deputy Report for Incident 11U1939 | | Stipulated | Disputed | FRE 401; 403; 801 | |
| 638. | Dr. Brown Report | 5227-001894-5227-001897 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 639. | Dr. Brown Addendum | No Bates | Stipulated | Disputed | FRE 401; 403; 801 | |
| 640. | Dr. Applegate report | No Bates | Stipulated | Disputed | FRE 401; 403; 801 | |
| 641. | Dr. Brown Declaration in support of Motions for Sanctions and attachments thereto | | Stipulated | Stipulated | | |
| 642. | Dr. Brown CV | | Stipulated | Disputed | FRE 401; 403; 801 | |
| 643. | Dr. Brown list of cases | | Stipulated | Disputed | FRE 401; 403; 801 | |
| 644. | Dr. Applegate CV | | Stipulated | Disputed | FRE 401; 403; 801 | |
| 645. | Timeline (Illustrative) | | Not provided Dispute | Not provided Dispute | Not provided Plaintiff reserves objection after review | |
| 646. | Calendar (Illustrative) | | Not Provided | Not provided | Not provided Plaintiff reserves | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | objection after review | |
| 647. | Jennifer Maughan Deposition Video Footage | | Not provided | Not provided | Not provided Plaintiff objects to any use of footage as no deposition designations were made by Defendants | |
| 648. | Ian McAndie Deposition Video Footage | | Not provided | Not provided | Not provided Plaintiff objects to any use of footage as no deposition designations were made by Defendants | |
| 649. | Hanna McAndie Deposition Video Footage | | Not provided | Not provided | Not provided Plaintiff objects to any use of footage as no deposition designations were made by | |

| | | | | | Defendants | |
|---|---|---|---|---|---|---|
| 650. | Psychotherapy Intake Note **CONFIDENTIAL** | 5227:001497 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 651. | July 22, 2020 Psychotherapy Progress Note **CONFIDENTIAL** | 5227:001536 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 652. | July 20, 2020 Psychotherapy Progress Note **CONFIDENTIAL** | 5227:001534 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 653. | July 29, 2020 Psychotherapy Progress Note **CONFIDENTIAL** | 5227:001538 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 654. | January 27, 2022 Parkland CRC Episode 1 **CONFIDENTIAL** | 5227 - 001627 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 655. | January 27, 2022 Parkland CRC Episode 1 **CONFIDENTIAL** | 5227 – 001628 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 656. | January 27, 2022 Parkland CRC Episode 1 **CONFIDENTIAL** | 51227 – 001631 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 657. | (no date) South Sound Behavioral Hospital Physician Discharge Summary **CONFIDENTIAL** | 5227-001679 | Stipulated | Disputed | FRE 401; 403; 801 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 658. | March 22, 2022 South Sound Behavioral Hospital Psychiatric Note **CONFIDENTIAL** | 5227-001705 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 659. | March 21, 2022 South Sound Behavior Hospital Psychiatric Note **CONFIDENTIAL** | 5227-001706 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 660. | March 20, 2022 South Sound Behavioral Hospital Psychiatric Note **CONFIDENTIAL** | 5227-001709 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 661. | March 16, 2022 South Sound Behavioral Hospital Nursing Assessment **CONFIDENTIAL** | 5227-001735 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 662. | March 17, 2022 Psychosocial Assessment **CONFIDENTIAL** | 5227-001742 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 663. | (no date) South Sound Discharge and Transition Plan **CONFIDENTIAL** | 5227-001798 | Stipulated | Disputed | FRE 401; 403; 801 | |
| 664. | April 6, 2022 South Sound Behavioral Hospital Discharge Medication Summary for Patient | 5227-001802-5227-001809 | Stipulated | Disputed | FRE 401; 403; 801 | |

|  |  | CONFIDENTIAL |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 665. | April 6, 2022 South Sound Behavioral Hospital Psychiatric Evaluation **CONFIDENTIAL** | 5227-001810 | Stipulated | Disputed | FRE 401; 403; 801 |  |
|  | 666. | (no date) South Sound Behavioral Hospital Psychiatric Evaluation **CONFIDENTIAL** | 5227-001812 | Stipulated | Disputed | FRE 401; 403; 801 |  |
|  | 667. | April 6, 2022 South Sound Behavioral Hospital **CONFIDENTIAL** | 5227-001837-5227-001843 | Stipulated | Disputed | FRE 401; 403; 801 |  |
|  | 668. | October 9, 2020 Text exchange between Plaintiff and G. Neal | HJM0003 | Stipulated | Stipulated |  |  |
|  | 669. | December 22, 2020 Text exchange between Plaintiff and G.Neal | HJM0006 | Stipulated | Disputed | FRE 401; 403; 801 |  |
|  | 670. | January 21, 2021 Text exchange between Plaintiff and G. Neal | HJM0007-HJM0012 | Stipulated | Disputed | FRE 106; 401; 403; 801 |  |
|  | 671. | February 3, 2021 Email exchange between Plaintiff and J.Maughan | HJM0014-HJM0058 | Disputed | Disputed | FRE 106; 401; 403; 801; 901 |  |
|  | 672. | Text exchange between Plaintiff and M.Lyke re working from home | HJM0074 | Stipulated | Disputed | FRE 106; 401; 403; 801; 901 |  |

| 673. | September 22, 2020 Completed Employee Data Sheet recommending H.McAndie as Student Support Specialist | SSD_HM_0000 17 | Stipulated | Stipulated | | |
|------|------|------|------|------|------|------|
| 674. | November 20, 2019 H.McAndie completed Student Support Specialist form | SSD_HM_0000 18 | Stipulated | Stipulated | | |
| 675. | Klosterman Investigation Notes from Jennifer Maughan | SSD_HM_0204 2- SSD_HM_0204 3 | Disputed | Disputed | FRE 106; 901 | |
| 676. | Plaintiff's Complete Tort Claim | HJM-000001- HJM-000091 | Stipulated | Disputed | FRE 403 (duplicat e of prior exhibit) | |
| 677. | Interview Notes, Charge: 551-2021-00087, Intake: December 9, 2020 @8:30am – 9:35am | (Clark responses RFP 2) | Stipulated | Disputed | FRE 401; 403 | |
| 678. | October 27 and 28 email exchanges between H.McAndie and A. Klosterman re: Sequim S.D. Investigation | SSD_HM_0282 9 – SSD_HM_0283 0 | Not provided Disputed | Not provided Disputed | Defenda nts did not produce this exhibit. Plaintiff reserves objection to the documen t after review | |

Plaintiff reserves the right to offer at trial any exhibit listed by Defendant above.

<u>Record Custodians</u>

In the event authentication is contested at time of trial, the parties reserve the right to call any and all record custodians for authentication of records. The parties reserve the right to add to the final pretrial order any witnesses identified in discovery, initial disclosures, or in depositions, or as necessary to address objections to authenticity or admissibility of evidence by the defense.

This order has been approved by the parties as evidenced by the signatures of their counsel.

This order shall control the subsequent course of the action unless modified by a subsequent order.

This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 14th day of March, 2023.

Honorable John H. Chun
United States District Court Judge

**FORM APPROVED**

1

2

By: */s/ Daniel Gallagher*_____

3
    Daniel C. Gallagher, WSBA No. 21940
    GALLAGHER LAW OFFICE PS

4
    10611 Battle Point Drive NE
    Bainbridge Island, Washington 98110-1493

5
    Email:  dan@nwprolaw.com
    Phone: 206.855.9310

6
    Fax: 206.462.1557

7

8

By: */s/ Rachel L. Anyan*_____

9
    Rachel L. Anyan, WSBA No. 55252
    Anyan Legal Services

10
    4813 158th Ave SE
    Bellevue, WA 98006

11
    Phone: 714.227.3205

12

*Attorneys for Plaintiff Hanna J. McAndie*

13

14

By: */s/ Lori M. Bemis*_____

15
    Lori M. Bemis, WSBA #32921
    McGAVICK GRAVES, P.S.

16
    1102 Broadway, Suite 500
    Tacoma, WA 98402

17
    Phone: 253.627.1181

18

*Attorney for Defendant Clark*

19

20

21

22

23

24

25

26

27